Kurt G. **SCHLEGEL**, Assignee of Piedmont Building and Development Corporation, Plaintiff—Appellant,

v.

**BANK OF AMERICA, NA,** Defendant—Appellee.

No. 07–1765.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

Kurt G. Schlegel, Appellant Pro Se. Megan Conway Rahman, Troutman & Sanders, LLP, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kurt G. Schlegel appeals the district court's orders dismissing his civil conspiracy complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Schlegel v. Bank of America, NA,* 505 F.Supp.2d 321 (W.D.Va. 2007); No. 3:07–cv–00022–nkm, 2007 WL 2126358 (July 23, 2007). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*